IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re:<br><br>BARTLETT, STEVEN RAY<br>BARTLETT, CONNIE JO<br><br>Debtors. | Case No. 08-15434-TMW<br><br>Chapter 7 |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

    ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000003 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk, VA 23541 | $4.01 |
| 000005 | World Acceptance<br>208 W. Broadway<br>Elk City, OK 73644 | 4.11 |
| 000012 | SFR-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304 | 4.82 |

**TOTAL**     **$12.94**

DATED: October 5, 2010

    /s/ Robert A. Brown_____
    ROBERT A. BROWN, Trustee
    123 WEST 7TH AVENUE, SUITE 102
    STILLWATER, OK  74074
    405.377.8185
    bob@bobbrownattorney.com

REMITTED TO COURT

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**3016**

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

32-1/1110 TX 0

| DATE | AMOUNT |
|---|---|
| 10/04/10 | **********12.94 |

**1835844**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-15434 TMW | Debtor: BARTLETT, STEVEN RAY  Joint Debtor: BARTLETT, CONNIE JO |

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*Twelve Dollars And 94/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊003016⑊ ⑈▓▓▓▓▓⑈ ▓▓▓▓1464⑊

---

| Date: 10/04/10 | Check Number: 3016 | Amount: 12.94 |
|---|---|---|

Case Number: 08-15434 TMW
Debtor Name: BARTLETT, STEVEN RAY
SSN: ▓▓-▓▓-2422

| Paid To: | GRANT E PRICE  CLERK OF THE COURT  U S BANKRUPTCY COURT  215 DEAN A MCGEE AVE  OKLAHOMA CITY OK 73102 | Trustee: | ROBERT A. BROWN, TRUSTEE  123 WEST 7TH AVENUE, SUITE 102  STILLWATER, OK 74074 |
|---|---|---|---|

Description: REMITTED TO COURT

Bank Account Number: ▓▓▓▓1464